# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PacSec3, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CrowdStrike Holdings, Inc.,<br><br>　　　　Defendant. | Civil Action No.<br>6:22-cv-00127-ADA<br><br>JURY TRIAL DEMANDED |

## CROWDSTRIKE HOLDINGS, INC.'S UNOPPOSED MOTION
## TO STRIKE ERRONEOUS FILING FROM RECORD

Defendant CrowdStrike Holdings, Inc. ("Defendant") files this Unopposed Motion To Strike Erroneous Filing From Record (the "Motion"), and respectfully shows as follows:

On May 13, 2022, the undersigned erroneously filed ECF No. 13, titled "CrowdStrike's Motion to Dismiss Plaintiff's Claims for Post-Suit Willful Infringement," in the instant case. As the case caption of the filing suggests, the undersigned should have filed that pleading in the *Webroot, Inc. et al. v. CrowdStrike, Inc. et al.* case (6:22-cv-00241-ADA-DTG). The undersigned's office immediately alerted the Clerk's office of the erroneous filing and the Clerk added the notation "**FILED IN WRONG CASE IN ERROR**" to ECF No. 13's docket description.

Defendant now respectfully requests that the Court strike ECF No. 13 from the record to avoid any further confusion. Plaintiff is unopposed to this request.

1

Dated: May 24, 2022

Respectfully submitted,

/s/ Eric A. Buresh

ERIC A. BURESH
 eric.buresh@eriseip.com
ADAM P. SEITZ*
 Kansas State Bar No. 21059
 adam.seitz@eriseip.com
MARK C. LANG*
 Kansas State Bar No. 21059
 mark.lang@eriseip.com
**ERISE IP, P.A.**
7015 College Boulevard, Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Telecopier: (913) 777-5601

STEVEN CALLAHAN
 Texas State Bar No. 24053122
 scallahan@ccrglaw.com
**CHARHON CALLAHAN ROBSON & GARZA, PLLC**
3333 Lee Parkway, Suite 460
Dallas, Texas 75219
Telephone: (214) 521-6400
Telecopier: (214) 764-8392

*To move for *pro hac vice* admission

*Counsel for Defendant CrowdStrike Holdings, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on May 24, 2022, I met and conferred with Plaintiff's counsel and Plaintiff is unopposed to the request for relief sought in the foregoing motion.

                                           *[signature]*
                                           STEVEN CALLAHAN

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 24, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

William P. Ramey, III, Esq.
**RAMEY & SCHWALLER, LLP**
5020 Montrose Boulevard, Suite 800
Houston, Texas 77006
wramey@rameyfirm.com

*Counsel for PacSec3, LLC*

                                           *[signature]*
                                           STEVEN CALLAHAN